IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HAROLD S. CROCKER, JR. and ANNA BODNAR, on behalf of themselves and others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>KV PHARMACEUTICAL COMPANY, MARC S. HERMELIN, RONALD J. KANTERMAN, DAVID S. HERMELIN, MELISSA HUGHES, RICHARD H. CHIBNALL, GERALD R. MITCHELL, MARY ANN TICKNER, and DOES 1-20,<br><br>      Defendants. | Civil Action No.:  4:09-cv-0198-CEJ |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
SETTLEMENT, CERTIFICATION OF SETTLEMENT
CLASS, AND APPROVAL OF PLAN OF ALLOCATION**

Come now Plaintiffs, by their attorneys, following the Order Granting Preliminary Approval of Class Action Settlement and Conditional Class Certification (Docket No. 161), and move this Court for an order finally approving the parties' settlement, certifying the settlement class, and approving a plan of allocation. Plaintiffs' memorandum of law in support of this Motion, along with a supporting declaration and exhibits, are filed contemporaneously herewith. In accordance with the Settlement Agreement, Defendants do not oppose this motion.

WHEREFORE, Plaintiffs pray this Court for an order finally approving the parties' settlement, certifying the settlement class, and approving a plan of allocation.

Dated: April    13 , 2012

Respectfully submitted,

**WEINHAUS & POTASHNICK**
<u>/s/ Mark Potashnick</u>
Mark Potashnick, E.D. Mo. #41315
S. Sheldon Weinhaus, E.D. Mo. #16699
Weinhaus & Potashnick
11500 Olive Blvd., Suite 133
St. Louis, MO 61341
Tel.: (314) 997-9150

*Interim Co-Liason Counsel*

Ellen M. Doyle
Pamina Ewing
**Stember Feinstein Doyle & Payne, LLC**
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219
Tel: (412) 281-8400

*Interim Co-Lead Counsel*

Robert I. Harwood
Daniella Quitt
Peter W. Overs, Jr.
**Harwood Feffer LLP**
488 Madison Avenue, 8th Floor
New York, NY 10022
(212) 935-7400

*Interim Co-Lead Counsel*

Paul J. D'Agrosa
**Wolf and D'Agrosa**
7710 Carondelet Avenue, Suite 200
Clayton, MO 63105
Tel. (314) 725-8019

*Interim Co-Liaison Counsel*

Major Khan
**Major Khan LLC**
20 Bellevue Terrace
Weehawken, NJ 07086
(646) 546-5664

2

*Counsel for Plaintiffs*

Thomas J. McKenna
**Gainey & McKenna**
295 Madison Avenue
New York, NY 10017
Tel.: (212) 983-1300

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served electronically via the CM/ECF system on all counsel of record on this 13th day of April, 2012.

       /s Mark Potashnick