# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-3461

Harold S. Crocker, Jr. and Anna Bodnar, on behalf of themselves and others similarly situated

Appellants

Heather Knoll

v.

KV Pharmaceutical Company, et al.

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:09-cv-00198-CEJ)
_____

**MANDATE**

In accordance with the judgment of 06/29/2012, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 29, 2012

Clerk, U.S. Court of Appeals, Eighth Circuit